McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
Todd W. Baxter, #152212
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HALONDA NAFF and JARVIS NAFF,<br><br>             Plaintiffs,<br><br>     v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 1:15-cv-00515-JLT<br><br>**STIPULATION REGARDING DISCOVERY DISPUTE AND ORDER** |
| AND RELATED COUNTER-CLAIMS | |

Pursuant to Court's January 15, 2016 Order, Plaintiffs/Counterdefendants HALONDA NAFF AND JARVIS NAFF ("NAFFS") and Defendant/Counterclaimant STATE FARM GENERAL INSURANCE COMPANY ("State Farm") have met and conferred and respectfully submit this Stipulation re: Discovery Dispute as a proposed resolution of disputes pertaining to certain records subpoenaed by State Farm as follows:

1. State Farm has issued subpoenas to the following entities seeking discovery pertaining to Plaintiff/Cross-Defendant Halonda Naff.

   Bakersfield Memorial Hospital
   420 34th Street
   Bakersfield CA 93301
   (661) 327-4647

>Lifetime Chiropractic
>W. Stuart Tatsuno, D.C.
>1002 Wible Road, Ste. H
>Bakersfield, CA 93304
>(661) 397-1909
>
>Health Information Management
>551 Shanley Court
>Bakersfield, CA 93311
>(661) 632-51768
>
>Pair & Marotta Physical Therapy
>2603 G Street
>Bakersfield, CA 93301
>(661) 634-9440

2. With respect to Plaintiff/Cross-Defendant Jarvis Naff, State Farm has issued the following subpoenas:

>Health Information Management
>551 Shanley Court
>Bakersfield, CA 93311
>(661) 632-51768

3. As to each of the subpoenas, Plaintiffs object to the production of records and contend that none of the records are relevant to the pending claims in this action.

4. State Farm submits that the Plaintiffs have put these records at issue, in that the requested records may be relevant to Plaintiffs' claims of emotional distress, and may support alternate causation or contributing factors, other than the claim handling of State Farm, as the source of Plaintiffs' emotional distress, if any.

5. Plaintiffs have proposed that the foregoing records, to the extent they have not already been produced, be produced directly to the Court for *in camera* review. Defendants have agreed, provided the Court is amenable to conducting the review. At this time, the parties do not know the volume of documents responsive to the foregoing subpoenas.

///

///

6. In the event the Court finds the records, or any portions therein, should be disclosed, such records will be produced to the Parties. In the event the Court finds no records that should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

Dated: January 29, 2016

MARDEROSIAN & COHEN

By: /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen,
Attorneys for Plaintiffs

Dated: January 29, 2016

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Gordon M. Park
Gordon M. Park
Todd W. Baxter
Dana B. Denno
Attorneys for STATE FARM GENERAL INSURANCE COMPANY

**ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the foregoing records, to the extent they have not already been produced, will be produced directly to the Court for *in camera* review. In the event the Court finds the records, or any portions therein, should be disclosed, such records will be produced to the Parties. In the event the Court finds no records that should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

Dated: January __29__, 2016

[signature: Jennifer L. Thurston]

The Honorable Jennifer L. Thurston