1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  HALONDA NAFF, et al,                          )  Case No.: 1:15-cv-00515 JLT
                                                  )
12              Plaintiffs,                       )  ORDER AFTER IN CAMERA REVIEW OF
                                                  )  RECORDS FROM BAKERSFIELD MEMORIAL
13         v.                                     )  HOSPITAL, KERN MEDICAL CENTER AND
                                                  )  MERCY HOSPITAL
14  STATE FARM GENERAL INSURANCE                  )
    COMPANY,                                      )
15                                                )
                Defendant.                        )
16  _____)

17          The parties agreed that subpoenaed records related to Plaintiffs' daughter would be produced

18  to the Court for an in camera review.  All agreed that in the event the Court finds records that should

19  be disclosed, it will issue an order describing the records generally and identifying them by Bates

20  number.  It will give Plaintiffs a deadline by which they will indicate whether they continue to object

21  to the production of the records.  If they do, the Court will decide whether a further conference would

22  be fruitful or simply authorize defendant to proceed with a motion to compel.  In the event the Court

23  finds no records should be disclosed, the Court will issue an order broadly outlining its findings and

24  indicating that the subpoenas should be quashed.

25          The Court has conducted the review of records produced by Bakersfield Memorial Hospital,

26  Kern Medical Center and Mercy Hospital.  After doing so, it appears Plaintiffs' daughter suffers from

27  an inherited disorder that, on occasion, may require medical intervention. It is likely that these events

28  cause the parents emotional distress, though the amount and extent of the distress may not be that

1

significant given the long-standing nature of the child's condition. Nevertheless, the Court finds there are some documents that may be relevant due to the timing of the events described therein. Specifically, the Court is inclined to require the production of the following documents:

1.  Bakersfield Memorial Hospital – Bates # 3, 4, 10-13;

2.  Kern Medical Center Vol. 1 -  Bates # 20, 22, 161-164, 182-185, 191, 193-194, 200, 202, 219, 270, 273;

3.  Kern Medical Center Vol. 4 -  Bates # 1202-1205;

4.  Kern Medical Center Vol. 1 -  Bates # 2-3, 120-121.

Thus, the Court **ORDERS**:

1.  No later than February 12, 2016, counsel for Plaintiff **SHALL** lodge a statement to JLTOrders@caed.uscourts.gov (with a cc: to opposing counsel) indicating whether Plaintiffs objects to disclosure of the documents identified above and, if they do, the grounds therefore.

IT IS SO ORDERED.

Dated:   **February 3, 2016**                      **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

2