UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF, et al,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 1:15-cv-00515 JLT<br><br>ORDER REQUIRING DISCLOSURE OF CERTAIN DOCUMENTS |

Plaintiff has notified the Court she does not object to the disclosure of the documents identified by the Court (Doc. 21) and contained in the medical records of Plaintiffs' child. These documents are:

1. Records of Bakersfield Memorial Hospital – Bates # 3, 4, 10-13;

2. Records of Kern Medical Center Vol. 1 - Bates # 20, 22, 161-164, 182-185, 191, 193-194, 200, 202, 219, 270, 273;

3. Records of Kern Medical Center Vol. 4 - Bates # 1202-1205;

4. Records of Kern Medical Center Vol. 1 - Bates # 2-3, 120-121.

Thus, the Court **ORDERS:**

1. Within 14 days, counsel **SHALL** meet and confer to decide how the records will be provided, whether by Plaintiff providing a copy of them, by notifying the deposition officer that objection to these particular records has been withdrawn or by some other method. Thereafter, the documents **SHALL** be provided within 14 days;

1

2. Within seven days, Plaintiff's counsel **SHALL** retrieve the documents provided to the Court for in camera review from the office of the Clerk of the Court, at the United States Courthouse located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: **February 11, 2016**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE