# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF, et al,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 1:15-cv-00515 JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS FROM LIFETIME CHIROPRACTIC, BAKERSFIELD MEMORIAL HOSPITAL-BILLING, MERCY HOSPITAL-BILLING |

    The parties agreed that subpoenaed records related to Halonda Naff would be produced to the Court for an in camera review.  All agreed that in the event the Court finds records that should be disclosed, it will issue an order describing the records generally and identifying them by Bates number.  It will give Plaintiffs a deadline by which they will indicate whether they continue to object to the production of the records.  If they do, the Court will decide whether a further conference would be fruitful or simply authorize defendant to proceed with a motion to compel.  In the event the Court finds no records should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

    The Court has conducted the review of records produced by Lifetime Chiropractic, Bakersfield Memorial Hospital-Billing, and Mercy Hospital-Billing.  Notably, Lifetime reported it had no records and Mercy Hospital had no records created during the pertinent time period.  Memorial Hospital had a

few records made during the relevant time period but, in the Court's view, the records have no bearing on the issues raised in this case.  Thus, the Court **ORDERS:**

    1.    None of these records will be disclosed;

    2.    Within seven days, Plaintiff's counsel **SHALL** retrieve the documents provided to the Court for in camera review from the office of the Clerk of the Court, at the United States Courthouse located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

    Dated:   **March 3, 2016**               **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE