# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF, et al,<br><br>          Plaintiffs,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 1:15-cv-00515 JLT<br><br>ORDER AFTER INFORMAL DISCOVERY CONFERENCE RE: RECORDS OF ROBIE & MATTHAI RE: THE NAFF INSURANCE CLAIM MADE TO STATE FARM |

At the request of counsel, on March 10, 2016, the Court held an informal telephonic conference regarding records sought from Jean Daly and the law firm of Robie & Matthai. At the conference[1], defense counsel reported they had sought a declaration form the custodian of records at Robie & Matthai to confirm that all records held by that firm related to the insurance claim made by the plaintiffs to defendants. Plaintiffs' counsel agreed that this declaration would resolve the dispute.

Thus, the Court **ORDERS**:

1. As soon as possible, but **no later than March 18, 2016**, counsel for defendant **SHALL** provide to counsel for plaintiffs, a declaration from the custodian of records for Robie and Matthai certifying that all records related to the insurance claim made by the Naffs to State Farm Insurance

---

[1] Present for the conference were Michael Marderosian and Heather Cohen for plaintiffs and Gordon Park and Dana Denno for defendant.

Company (which is the subject of this litigation) have been produced.  The declaration **SHALL** specifically certify that all documents, including all electronically held documents including all e-mail communications, have been produced.

IT IS SO ORDERED.

    Dated:   **March 10, 2016**              **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE