# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF, et al,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:15-cv-00515 JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS FROM PAIR & MAROTTA PHYSCIAL THERAPY |

    The parties agreed that subpoenaed records related to Halonda Naff would be produced to the Court for an in camera review. All agreed that in the event the Court finds records that should be disclosed, it will issue an order describing the records generally and identifying them by Bates number. It will give Plaintiffs a deadline by which they will indicate whether they continue to object to the production of the records. If they do, the Court will decide whether a further conference would be fruitful or simply authorize defendant to proceed with a motion to compel. In the event the Court finds no records should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

    The Court has conducted the review of records produced by Pair & Marotta Physical Therapy. The Court does not find that any of the records produced could have any bearing on the issues raised in this case. Thus, the Court **ORDERS:**

    1.    None of the records of Pair & Marotta Physical Therapy will be disclosed and the

subpoena is **QUASHED**;

2. Within seven days, Plaintiff's counsel **SHALL** retrieve the documents provided to the Court for in camera review from the office of the Clerk of the Court, at the United States Courthouse located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: **March 23, 2016**         **/s/ Jennifer L. Thurston**
                             UNITED STATES MAGISTRATE JUDGE