**FILED**

AUG 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF and JARVIS NAFF, | Case No.: 1:15-cv-00515 JLT |
| Plaintiffs, | |
| vs. | SPECIAL VERDICT |
| STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendant. | |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question 1**:

Did State Farm breach the insurance contract?

Answer:   Yes  ✓      No  _____

If you answered "yes," answer Question 2. If you answered "no," sign, date and return this verdict.

1

Court Ex 2

**Question 2**:

Did Halonda Naff or Jarvis Naff make material misrepresentations to State Farm in connection with their claim for insurance benefits?

Answer:     Yes _____     No ✓

If you answered "yes," sign, date and return this verdict. If you answered "no," answer Question 3.

**Question 3**:

Did Halonda Naff and Jarvis Naff fail to cooperate in the investigation of their insurance claim?

Answer:     Yes _____     No ✓

If you answered "yes," answer Question 5.  If you answered "no," answer Question 4.

**Question 4**:

Was State Farm prejudiced by the failure of Halonda Naff and Jarvis Naff to cooperate in the investigation of their insurance claim?

Yes _____     No ✓

If you answered "yes," sign, date and return this verdict. If you answered "no," answer Question 5.

2

**Question 5**:

State the amount of the policy benefits that State Farm owes to the plaintiffs.

$ _107,274_
(The amount you enter may not exceed the policy limits of $107,274)

Answer Question 6.

**Question 6**:

Did State Farm breach the implied covenant of good faith and fair dealing?

Yes ✓   No ____

If you answered "yes," answer Question 7. If you answered "no," sign, date and return this verdict.

**Question 7**:

What amount, if any, do you award the plaintiff for emotional distress for the failure of State Farm to act in good faith?

Halonda Naff  $ _80,000_

Jarvis Naff   $ _20,000_

Answer Question 8.

3

**Question 8**:

Did State Farm act fraudulently or with malice or oppression?

Yes_____   No ✓

Sign, date and return this verdict.

Dated: 8/18/16

_____
JURY FOREPERSON