**FILED**

AUG 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALONDA NAFF, et al., | Case No.: 1:15-cv-00515 - JLT |
| Plaintiffs, | JURY NOTE |
| v. | |
| STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendant. | |

_____ The jury has the following question:

_____

_____

_____

_____ The jury requests the following:

_____

_____

✓ The jury has reached a unanimous verdict.

8/18/16                                          [signature]
Date/Time                                        FOREPERSON

Court's response to jury:

_____

_____

1

COURT EX. 1