McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
Todd W. Baxter, #152212
Dana B. Denno, #227971
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HALONDA NAFF and JARVIS NAFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:15-cv-00515-JLT<br><br>**STIPULATION AND JOINT MOTION TO VACATE JUDGMENT AND ORDER DISMISSAL WITH PREJUDICE; ORDER THEREON**<br>[FRCP 60, 41(a)(1)] |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs/Counterdefendants HALONDA NAFF and JARVIS NAFF, by and through their counsel Michael Marderosian of MARDEROSIAN & COHEN, and Defendant/Counterclaimant STATE FARM GENERAL INSURANCE COMPANY, by and through their counsel, Gordon M. Park of MCCORMICK BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP, as follows:

　　　　1.　　A settlement has been reached between all parties;

　　　　2.　　Pursuant to the terms of the settlement, the parties agree and jointly move pursuant to Federal Rule of Civil Procedure 60(b)(5) and (6) that the Judgment entered by this Court on September 2, 2016, well as the jury's verdict, be vacated [*Thomas v. City of Tacoma*, 410 F.3d 644,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND JOINT MOTION TO VACATE JUDGMENT AND
ORDER DISMISSAL WITH PREJUDICE

647 n. 2 (9th Cir.2005) (In conjunction with vacating the judgment, a district court may also vacate the verdict under which the judgment was entered after the parties reached a settlement agreement); *Adobe Systems, Inc. v. St. Paul Fire & Marine Insurance Company*, 2008 WL 1743879 (N.D. Cal. 2008)(entry of order on stipulation to vacate summary judgment after settlement); *Hebrew Univ. of Jerusalem v. Gen. Motors LLC*, 2015 WL 9653154, at *2 (C.D. Cal. 2015)("the policy of promoting settlement does weigh in favor of vacating the Judgment")];

    3.    Pursuant to the terms of the settlement, the parties agree that the Complaint and Counterclaim filed herein shall both be dismissed, with prejudice;

    4.    The parties waive all rights of appeal; and

    5.    The parties shall bear their own costs and attorney's fees.

Dated:   October 12, 2016                                    MARDEROSIAN & COHEN

By: /s/ Michael G. Marderosian
Michael G. Marderosian
Heather S. Cohen,
Attorneys for Plaintiffs
HALONDA NAFF and JARVIS NAFF

Dated:   October 14, 2016                                    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Todd W. Baxter
Gordon M. Park
Todd W. Baxter
Dana B. Denno
Attorneys for STATE FARM GENERAL
INSURANCE COMPANY

//

//

///

# ORDER

Based on the stipulation of the parties pursuant to Federal Rule of Civil Procedure 60(b)(5) and (6), the Court **ORDERS**:

1. The stipulation of the parties pursuant to Federal Rule of Civil Procedure 60(b)(5) and (6) is **GRANTED**;
2. The Judgment on Verdict entered by this Court on September 2, 2016 and the Jury's Verdict is **VACATED**;
3. The matter in its entirety is **DISMISSED WITH PREJUDICE**;
4. The parties have waived all rights of appeal;
5. The parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **October 17, 2016**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3

STIPULATION AND JOINT MOTION TO VACATE JUDGMENT AND ORDER DISMISSAL WITH PREJUDICE